NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**U.S. WELL SERVICES, INC., U.S. WELL SERVICES, LLC,**
*Plaintiffs*

**v.**

**HALLIBURTON CO., CIMAREX ENERGY CO.,**
*Defendants*

**HALLIBURTON ENERGY SERVICES, INC.,**
*Movant-Appellant*

**v.**

**AFG HOLDINGS, INC.,**
*Movant-Appellee*

———————————

2023-1324

———————————

Appeal from the United States District Court for the Southern District of Texas in No. 4:22-mc-01081, Judge Alfred H. Bennett.

———————————

2                    U.S. WELL SERVICES, INC. v. HALLIBURTON CO.

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

January 26, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 26, 2024